IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ARcare, INC., an Arkansas
Corporation, on behalf of itself
and all others similarly situated                                    PLAINTIFF

v.                         No. 2:16-cv-79-DPM

SAGE PAYMENT SOLUTIONS, INC.;
and SAGE SOFTWARE, INC.                                              DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 June 2016